Douglas EDWARDS, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 81587.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 9, 2003.

Stacey F. Sullivan, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Movant, Douglas Edwards, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. He contends he involuntarily pleaded guilty because his plea counsel failed to fully apprise him of an available affirmative defense or the terms of the plea agreement.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Denise ALEXANDER, Appellant,

v.

Jeffrey ALEXANDER, Respondent.

No. WD 61724.

Missouri Court of Appeals,
Western District.

Sept. 9, 2003.

Susan Hall Baker, Kansas City, MO, Donald R. Whitney, Co–Counsel, Overland Park, KS, for appellant.

Karen A. Plax, Kansas City, MO, for respondent.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Denise Alexander appeals the judgment dissolving her marriage to Jeffrey Alexander. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).